

*Law Offices Of*
**MEIR MOZA, ESQ.**
*217 Willis Avenue*
*Suite 101*
*Mineola, N.Y. 11501*

Admitted in N.Y. & N.J.

*Tel. 516-741-0003*
*Tel. 718-470-1206*
*Fax. 516-741-0033*

**MEMO ENDORSED**

Feb. 14, 2005

Hon. Richard M. Berman
U.S District Court Judge

    RE:    JOSEPH BADASH
            DCKT#    04-CR 938

*No Adjournment,*
*(+ No faxes)*
*SO ORDERED:*
*RMB*
*RICHARD M. BERMAN U.S.D.J.*
*2/14/05*

Dear Hon. Judge Berman:

    Please accept this correspondence as official request to adjourn the conference date in the above entitled action, set for Feb 17. Our office has received a communication from AUSA Vincent Tortorella regarding our request for a change in plea in the case. Mr. Tortorella indicated that his immediate supervisor had not granted the request. However, he indicated that his office will provide our office with the opportunity to appeal said decision to the bureau chief, and will provide our office with the name of same. Our office had spoken to our client and he wishes to proceed on said grounds.

    Please also be advised that our office corresponded with AUSA Tortorella, who handles this case and such adjournment is made on consent. Our office is hereby giving consent to the court's finding of excludable delay in requesting said adjournment. Our office is working closely with the U.S attorney's office in this regard.

    Please be advised that our office had also reviewed the option of cooperation with the US attorney's office and a possibility exists for same. Thus, our office respectfully requests this adjournment to March 9, 10 or a date convenient to the court.

    Thank you for your honor's courtesy and consideration in this matter.

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/14/05*

Very Truly Yours,
MEIR MOZA, ESQ.