USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

-against-

04 CR. 938 (RMB)

JOSEF BADASH,

Defendant.

-------------------------------------------------------X

For the reasons stated on the record today, the defendant is hereby remanded.

Dated: New York, New York
December 19, 2005

*RMB*

RICHARD M. BERMAN, U.S.D.J.